# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No. 07-cv-02173-REB-BNB

PATRIZIA SPENCER,

      Plaintiff,

v.

CUMULUS BROADCASTING, LLC,

      Defendant.

---

## ORDER REJECTING RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE AND
## REQUIRING PLAINTIFF TO FILE A MORE DEFINITE STATEMENT

**Blackburn, J.**

      The matter before me is the **Recommendation of the United States Magistrate Judge** [#11], filed June 27, 2008.  The magistrate judge recommends that defendant's motion to dismiss for failure to state a claim be granted.  I respectfully reject the recommendation with respect to defendant's motion to dismiss, but grant defendant's motion to the extent it seeks a more definite statement.

      After failing to respond to defendant's motion to dismiss, and claiming to be unaware that this case had been removed to and was proceeding in federal court,[1] plaintiff responded to the magistrate judge's recommendation of dismissal by appending a copy of a factual statement allegedly drafted in November, 2007.  (**See Objection** [#12], filed July 8, 2008.)  The statement fleshes out the facts of plaintiff's bare bones complaint in a manner responsive to the request for a more definite statement.  Thus, although I believe

---

[1] Plaintiff's *pro se* status does not excuse her from familiarizing herself with the Federal Rules of Civil Procedure, the Local Rules of this District Court, or my Civil Practice Standards.  **See Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991).

the magistrate judge was correct in recommending dismissal based on the information before him at the time of his ruling, the present state of the record convinces me that plaintiff may be able to assert facts supportive of viable claims for relief.

Nevertheless, the allegations contained in plaintiff's statement are unsworn and not contained within a formally filed pleading. I find and conclude that plaintiff should be given a reasonable opportunity to present her claims in the proper format and manner.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Recommendation of the United States Magistrate Judge** [#11], filed June 27, 2008, is **REJECTED**;

2.  That **Defendant's Motion To Dismiss or, in the Alternative, Motion for a More Definite Statement** [#3], filed October 19, 2007, is **GRANTED IN PART** and **DENIED IN PART**:

    a.  That the motion is **GRANTED** with respect to defendant's request for a more definite statement pursuant to Fed.R.Civ.P. 12(e); and

    b.  That the motion is **DENIED** otherwise;

3.  That plaintiff **SHALL FILE** an amended complaint setting forth the specific facts on which her claims are based by **Friday, August 1, 2008**; and

4.  That should plaintiff fail to file such an amended pleading within the above-described deadline, this action may be dismissed for failure to state a claim and/or for failure to prosecute without further notice.

Dated July 11, 2008, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
**Robert E. Blackburn**
**United States District Judge**

2